IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00316–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALVARO RIOS

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

This matter is set for a two-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 26, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

**ORDERED** that the deadline for filing all motions is <u>October 26, 2007</u>. All responses shall be filed by <u>November 2, 2007</u>. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 10:00 o'clock a.m. on Thursday, **November 15, 2007**. The deadline for submitting the plea agreement and statement

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, <u>November 13, 2007</u>.

Dated: September 26, 2007